UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FELICITO TAPIA,

                      *Plaintiff,*           Index No. 16-cv-4761

    -against-                                  **STIPULATION AND
                                                            ORDER OF DISMISSAL**

LITE BITES ASTORIA, INC. d/b/a LITE BITES,
XYZ CORP. d/b/a LITE BITES, HERMAT PERSAD,
and SHIVANE MARAJ, jointly and severally,

                      *Defendants.*
----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

_____
By: Benjamin N. Dictor, Esq.
EISNER & DICTOR, P.C.
39 Broadway, Suite 1540
New York, New York 10006
Attorneys for Plaintiff

Dated: August 17, 2017

_____
By: Andrew S. Hoffmann, Esq.
HOFFMANN & ASSOCIATES
450 Seventh Avenue, Suite 1400
New York, New York 10123
Attorneys for Defendants

Dated: August 16, 2017

9

**SO ORDERED.**

Dated: __8/21__, 2017

/s/ Cheryl Pollak
_____
Hon. Cheryl L. Pollack

10